# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128784

LEO HALL and SUSAN HALL,
   Plaintiffs-Appellants,

v

DOUGLAS S. SMALL and LORETTA G.
MUZZY,
   Defendants,
and

RICHARD SIDICK, CAROL SHELTON, d/b/a
REAL ESTATE ONE, NORMA JEAN
SPREEMAN, ROBERT A. BURLEY, and
BURLEY & DEBROW, LTD., d/b/a CENTURY
21 COUNTRY SQUIRE,
   Defendants-Appellees.
_____/

SC: 128784
COA: 252814
Oakland CC: 02-039850-CK

   On order of the Court, the application for leave to appeal the May 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

t1219